THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP KEMP, Appellant. [698 NYS2d 519] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Bruno, J.), rendered May 30, 1997, convicting him of assault in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are without merit. S. Miller, J. P., Sullivan, Krausman and H. Miller, JJ., concur.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK KILCLINE, Appellant. [698 NYS2d 517] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Flug, J.), rendered March 26, 1997, convicting him of criminal possession of stolen property in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The court did not err in denying the defendant's challenge for cause of three prospective jurors. The record fails to support the defendant's contention that they indicated actual bias or that they would otherwise be unable to render an impartial verdict (*see,* CPL 270.20 [1] [b]; *People v Williams,* 63 NY2d 882; *People v Torpey,* 63 NY2d 361; *People v Campbell,* 216 AD2d 482). O'Brien, J. P., Ritter, Santucci and Thompson, JJ., concur.